UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**REGINA L. HARRIS,**

    Plaintiff,

v.

**CAROLYN W. COLVIN,**

    Defendant.

Case No. 15-cv-01312-YGR

**ORDER TO SHOW CAUSE RE CONTINUED INTENT TO PROSECUTE**

On March 20, 2015, plaintiff Regina L. Harris filed the instant action. On July 16, 2015, defendant Carolyn W. Colvin answered the complaint and filed the administrative record in paper and electronic form. (Dkt. Nos. 8, 9.) Thereafter, plaintiff's motion for summary judgment was due to be filed no later than August 13, 2015. Despite this deadline, plaintiff has filed nothing on the docket as of the date of this Order.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** regarding her continued intent to prosecute this action. No later than **seven (7) days following receipt of this Order**, plaintiff shall file a letter stating her continued intent to pursue this appeal and prosecute this action. If plaintiff intends to continue to prosecute this action, her motion for summary judgment must be filed no later than **September 30, 2015**.

**Should Plaintiff fail to comply with this Order, the Court will dismiss this case for failure to prosecute.** Fed. Rule Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**