UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**REGINA L. HARRIS,**

    Plaintiff,

    v.

**CAROLYN W. COLVIN,**

    Defendant.

Case No. 15-cv-01312-YGR

**ORDER ON REQUEST FOR ADDITIONAL TIME; ORDER ON CHANGE OF ADDRESS**

Plaintiff Regina L. Harris filed this Social Security appeal on March 20, 2015. Presently before the Court is plaintiff's response to the Court's order to show cause regarding her failure to file a motion for summary judgment (Dkt. No. 11) and request for extension of time to file motion for summary judgment. (Dkt. No. 12.)

Good cause shown, the Court hereby **GRANTS** plaintiff's request for an extension of time. Plaintiff shall file her motion for summary judgment no later than **December 21, 2015**.

The Court also directs the Clerk of Court to update plaintiff's address to reflect the address shown in her response to the order to show cause. Plaintiff's address of record shall be changed to <u>1628 Turk Street, San Francisco, CA 94115</u>.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**