BRIAN STRETCH, CSBN 163973
Acting United States Attorney
DEBORAH LEE STACHEL, ISBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: Jacob.Mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA L. HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:15-CV-01312-YGR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>**\*AS MODIFIED BY THE COURT\*** |

    IT IS HEREBY STIPULATED, by and between the parties, that Defendant shall have an extension of time of 30 days to file a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Assistant Regional Counsel In Seon Jeong was assigned to this case and has diligently attempted to complete Defendant's responsive brief in a timely matter.  However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high

Stip. & ~~Prop.~~ Order for Extension, 4:15-CV-01312-YGR

volume of other disability matters.  Counsel apologizes to the Court for any inconvenience caused by this delay.

The new due date for Defendant's Cross-Motion and Opposition will be March 19, 2016.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 17, 2016     By: */s/ Donald H. Medearis*
                             DONALD H. MEDEARIS
                              (as authorized via-email on February 17, 2016)

                             ~~MELINDA L. HAAG~~ BRIAN STRETCH
                             United States Attorney

Dated: February 17, 2016     By: */s/ Jacob M. Mikow*
                             JACOB M. MIKOW
                             Special Assistant United States Attorney
                             Attorneys for Defendant

Of Counsel:

IN SEON JEONG
Assistant Regional Counsel

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  However, as this is the second request for workload related issues, no further extensions will be granted absent extraordinary circumstances.

Counsel is instructed to amend his template to reflect the current United States Attorney.

DATED: February 22, 2016              _____
                                      HON. YVONNE GONZALEZ ROGERS
                                      UNITED STATE DISTRICT COURT JUDGE

Stip. & ~~Prop.~~ Order for Extension, 4:15-CV-01312-YGR