**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REGINA HARRIS**, <br>              Plaintiff, <br><br>       v. <br><br> **CAROLYN W COLVIN**, **ACTING COMMISSIONER OF SOCIAL SECURITY**, <br>              Defendant. | Case No. 4:15-cv-01312-YGR <br><br> **JUDGMENT** |

The issues in this action having been duly considered, and the Court having granted in part plaintiff's motion for summary judgment and denied in part defendant's cross motion for summary judgment, judgment is hereby entered in favor of plaintiff.

This case is hereby **REMANDED** to the Social Security Administration for further administrative proceedings in conformity with this Court's Order.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Date: May 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**